IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

**SAMUEL LEONARD HAVENS**                                           **PLAINTIFF**

V.                          **CASE NO. 3:25-CV-3055**

**SHERIFF JOHN MONTGOMERY,**
Baxter County, Arkansas;
**JAIL ADMINISTRATOR TABITHA MAZE,**
Baxter County Detention Center (BCDC);
**CORPORAL MASON CRUISE (BCDC); and**
**SERGEANT ALMA BROWN (BCDC)**                                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 20) filed in this case on November 19, 2025, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**, and the case is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure and Rule 5.5(c)(2) of the Local Rules for the Eastern and Western Districts of Arkansas.

**IT IS SO ORDERED** on this 9th day of December, 2025.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
CHIEF UNITED STATES DISTRICT JUDGE